CR-66 (10/97)



FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV - 4 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER SA15-544M |
|---|---|
| v. Roscoe Ortega Umali, DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of <u>defense counsel</u>, IT IS ORDERED that a detention hearing is set for <u>November 5</u>, 2015, at <u>2:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Douglas F. McCormick, United States Magistrate Judge</u>, in Courtroom <u>6B</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>11/4/2015</u>                    <u>DOUGLAS F. McCORMICK</u>
                                          ~~U.S. District Judge~~/Magistrate Judge

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                Page 1 of 1